

# In the Missouri Court of Appeals
## Eastern District

AUGUST 25, 2015

THE FOLLOWING CASES WERE AFFIRMED IN ACCORDANCE WITH RULE 84.16(b) OR RULE 30.25(b).

1.      ED100925    STATE OF MISSOURI, RES V JODY LEE DAVIS, APP

2.      ED101661 EUGENE MCALLISTER, APP V STATE OF MISSOURI, RES

3.      ED101803 ANTONIO SISTRUNK, APP V STATE OF MISSOURI, RES

4.      ED101891 STATE OF MISSOURI, RES V EDGAR COLEMAN, APP

5.      ED101925 NICKALAUS C. JIMENEZ, APP V STATE OF MISSOURI RES

6.      ED102124 IN MATTER CARE & TREATMENT OF QUINCY THREATS APP

**WITHDRAWAL(S):**

1.      ED101777 CLYDE WOODALL APP V CHRISTIAN HOSPITAL NE NW RES